

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00344-CR
_____

MATTHEW PAUL MIKULA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 13th District Court[1]
Navarro County, Texas
Trial Court No. D37990-CR, Honorable James E. Lagomarsino, Presiding

March 26, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Matthew Paul Mikula, appeals his conviction of theft from a human corpse or grave[2] and sentence to eleven months' confinement in a state jail facility. We remanded the cause to the trial court on December 20, 2019, after appellant failed to request preparation and make payment arrangements for the reporter's record. On

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

[2] TEX. PENAL CODE ANN. § 31.03(e)(4)(B) (West 2019).

remand, the trial court was to determine, among other things, whether appellant still desired to prosecute the appeal. The trial court held a hearing on January 15, 2020. Both appellant and his appointed counsel were present. At the hearing, appellant notified the trial court that he no longer wished to pursue the appeal.

Because appellant no longer desires to prosecute this appeal, we invoke Appellate Rule 2 to suspend operation of Appellate Rule 42.2(a), which requires that appellant and his attorney sign a motion to dismiss the appeal. *See* TEX. R. APP. P. 2, 42.2(a). Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.